UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>           Plaintiff,<br><br>    v.<br><br>DONALD C. WISDOM, individually and as trustee of the Dashcover, Co. (a trust), dated September 20, 1991;  MILDRED H. WISDOM, individually and as trustee of the Dashcover, Co. (a trust), dated September 20, 1991;  PATRICIA TOSTADO, individually and d/b/a ALL TUNE AND LUBE,<br><br>           Defendants. | 2:07-cv-01998-GEB-JFM<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

      Plaintiff's Status Reports filed on December 4, 2007, and January 22, 2008, state that Plaintiff has served Defendants Donald C. Wisdom, Mildred H. Wisdom and Patricia Tostado in this action, but that Defendants have failed to respond to Plaintiff's complaint.  Plaintiff further indicates that he "may submit a request for Clerk's Entry of Default."  This statement however, fails to explain when Plaintiff plans on seeking the referenced judgment.  Since no filing deadline has been proposed, and it is contemplated under Rule 16 that such a deadline be prescribed as soon as practicable, Plaintiff shall do what is required for it to file a motion for default judgment within 45 days after this Order is filed.  If Plaintiff fails to do so, this action may be

1 | dismissed for failure to prosecute.
2 |     The status (pretrial scheduling) conference scheduled for
3 | February 4, 2008, is continued to June 9, 2008 at 9:00 a.m.
4 | Plaintiff shall file a status report no later than fourteen days
5 | prior to the June 9 scheduling conference, in which Plaintiff is
6 | only required to explain the status of the default issue.
7 |     <u>SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT</u>
8 |     No further service, joinder of parties or amendments to
9 | pleadings is permitted, except with leave of Court, good cause
10 | having been shown.
11 |     IT IS SO ORDERED.
12 | DATED:   January 29, 2008

GARLAND E. BURRELL, JR.
United States District Judge